IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALISON SAPP WHITE,

    Plaintiff,

vs.         CASE NO. 3:10cv102/RS-EMT

BREG, INC., a Delaware corporation,
and I-FLOW CORPORATION, a Delaware
corporation,

    Defendants.
_____/

## ORDER

Before me is the Joint Report of Parties' Planning Meeting (Doc. 23).

**IT IS ORDERED:**

1. The parties shall file an amended joint report not later than October 25, 2010, with dates consistent with a discovery deadline of March 25, 2011, and jury trial on May 23, 2011, June 6, 2011, or June 20, 2011.

2. Plaintiff's deposition shall be taken at the earliest practicable time and prior to her inability to travel because of her pregnancy.

3. Appropriate discovery, such as standard of care, causation, and damages, shall not be delayed for what counsel describe as "completion of initial phase of discovery." Likewise, necessary discovery shall not be delayed until completion of so-called "paper discovery".

**ORDERED** on October 14, 2010.

          /S/ Richard Smoak
          **RICHARD SMOAK**
          **UNITED STATES DISTRICT JUDGE**