IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALISON SAPP WHITE,

    Plaintiff,

vs.         CASE NO. 3:10cv102/RS-EMT

BREG, INC., a Delaware corporation, and I-FLOW CORPORATION, a Delaware corporation,

    Defendants.
_____/

## ORDER

The relief requested by Defendant I-Flow Corporation's Unopposed Motion For Enlargement Of Time Doc. 39) is **granted**.

**ORDERED** on February 4, 2011.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**