IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ALISON SAPP WHITE,**

    **Plaintiff,**

vs.                                                            CASE NO. 3:10-cv-102/RS-EMT

**BREG, INC., a Delaware Corporation,**
**I-FLOW CORPORATION, a Delaware**
**Corporation,**

    **Defendants.**
_____/

## **PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26 (C), the relief requested in Parties' Joint Motion (Stipulation) for Protective Order Regarding Confidential Documents (Doc. 45) is **GRANTED**.

**ORDERED** on February 11, 2011

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**