IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALISON SAPP WHITE,

    Plaintiff,

vs.                               CASE NO. 3:10cv102/RS-EMT

BREG, INC., a Delaware corporation, and I-FLOW CORPORATION, a Delaware corporation,

    Defendants.
_____/

## ORDER

Before me is the Joint Motion For Entry Of Order of Dismissal, With Prejudice, As To Defendant I-Flow Corporation Only (Doc. 47).

**IT IS ORDERED** that Plaintiff's claims against Defendant I-Flow Corporation are dismissed with prejudice and that Defendant I-Flow Corporation is dropped as a party-defendant with prejudice.

**ORDERED** on March 1, 2011.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**