**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

ALISON SAPP WHITE,

        Plaintiff,

vs.                                      CASE NO. 3:10cv102/RS-EMT

BREG, INC., a Delaware corporation, and I-FLOW CORPORATION, a Delaware corporation,

        Defendants.

_____/

## ORDER

The relief requested by the Joint Motion To Extend Deadline To Complete Mediation (Doc. 50) is **granted**.

**ORDERED** on March 28, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK
                                                UNITED STATES DISTRICT JUDGE**