## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

ALISON SAPP WHITE,

    Plaintiff,

vs.                                     CASE NO. 3:10-cv-102/RS-EMT

BREG, INC., a Delaware Corporation,

    Defendant.

_____/

## ORDER

Consideration of Defendant's Motion for Summary Judgment (Doc. 53), and Motions to Exclude Causation Testimony (Docs. 57, 58, 59, 60, 61) is **deferred** until Defendant complies with N.D. Fla. Loc. R. 7.1 (B).

**ORDERED** on April 11, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**